AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) |
|---|---|
| v. | ) |
| MARTHA PORCALLO-MARTINEZ | ) Case No. 2:25-MJ-109 |
| Defendant | ) |

RECEIVED By USMS at 12:20 pm, Jun 12, 2025

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MARTHA PORCALLO-MARTINEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Martha Porcallo-Martinez has violated Title 8, United States Code, Section 1326(a), Reentry of Removed Alien, by being present and found in the United States after having been deported or removed to Mexico.

Date: 06/12/2025

s/Andrew P. Rodovich
*Issuing officer's signature*

City and state: Hammond, IN

Hon. Andrew P. Rodovich, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6-12-25, and the person was arrested on *(date)* 6-12-25
at *(city and state)* East Chicago, IN.

Date: 6-12-2025

*Arresting officer's signature*

Brian Burke DUSM
*Printed name and title*